SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-01020-KJM-GGH** |
|          Plaintiff, | ) **ORDER RE: REQUEST FOR DISMISSAL** |
|      vs. | ) |
| Kevin A. Sergeeff, et al, | ) |
|          Defendants | ) |

IT IS HEREBY ORDERED THAT this action is hereby dismissed Without Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: October 31, 2011.

_____
UNITED STATES DISTRICT JUDGE

ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-01020-KJM-GGH- 1